FILED

MAR 06 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| DEBBIE WOODS,<br><br>               Plaintiff,<br><br>vs.<br><br>UNITED STATES,<br><br>               Defendant. | No. CV 16-101-H-SEH<br><br>**ORDER** |

This Order addresses the deficiencies in the Plaintiff's preliminary pretrial statements filed December 30, 2016,[1] and amends and supplements the Court's scheduling Order of February 7, 2017.[2]

Plaintiff's Preliminary Pretrial Statement[3] fails to include "the basis for

---

[1] Doc. 5.

[2] Doc. 8.

[3] Doc. 5.

federal jurisdiction and for venue in the division;"[4] "the legal theory underlying each claim or defense, including, where necessary, to a reasonable understanding of the claim or defense, citations to authority;"[5] "the name and city and state of current residence of each individual known or believed to have information that may be used in proving or denying any party's claims or defenses, and a summary of that information;"[6] and "the substance of any insurance agreement that may cover any resulting judgment."[7]

Disclosure and filing of Plaintiff's experts and reports are due on or before July 14, 2017.[8]

Disclosure and filing of Defendant's experts and reports are due on or before August 18, 2017.[9]

ORDERED:

1. Plaintiff's preliminary pretrial statement, amended in compliance with L.R. 16.2(b)(1) to cure the stated deficiencies, shall be filed on or before **March**

---

[4] L.R. 16.2(b)(1)(B).

[5] L.R. 16.2(b)(1)(D).

[6] L.R. 16.2(b)(1)(J).

[7] L.R. 16.2(b)(1)(K).

[8] Doc. 8 at 2.

[9] *Id.*

10, 2017.

2. Separate written disclosures of all non-retained experts (expert witnesses not required to provide written reports) shall be served upon opposing counsel and filed by Plaintiff on or before July 14, 2017, and by Defendant on or before August 18, 2017. Such disclosures must address and include all information required by Fed. R. Civ. P. 26(a)(2)(A) and (C) and shall include separate statements of each opinion to be offered, specific identification of and source citations to the record to facts or data considered, referenced, or relied upon by the witness in forming the opinions expressed, and the bases and reasons for the opinions. Such disclosures are expected to be complete, comprehensive, accurate, and tailored to the issues on which the expert is expected to testify.

All other matters and deadlines in the Court's Order of February 7, 2017,[10] remain in full force and effect.

DATED this 6th day of March, 2017.

SAM E. HADDON
United States District Judge

---

[10] Doc. 8.