IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

FILED

FEB 0 5 2018

Clerk, U.S. District Court
District Of Montana
Helena

| DEBBIE WOODS, | |
|---|---|
| Plaintiff, | No. CV 16-101-H-SEH |
| vs. | |
| UNITED STATES, | ORDER |
| Defendant. | |

The Court has been informed that this case has been settled.

ORDERED:

1. All deadlines are VACATED.

2. The parties shall file a stipulation for dismissal and proposed order of dismissal within 30 days of the date of this Order.

DATED this 5th day of February, 2018.

SAM E. HADDON
United States District Judge