IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

**FILED**

FEB 2 7 2018

Clerk, U.S. District Court
District Of Montana
Helena

| DEBBIE WOODS, | |
|---|---|
| Plaintiff, | CV 16-101-H-SEH |
| vs. | |
| UNITED STATES, | ORDER OF DISMISSAL |
| Defendant. | |

Upon consideration of the joint stipulation for dismissal filed by the plaintiff and defendant,

IT IS HEREBY ORDERED that all claims of the plaintiff, Debbie Woods, against the defendant, United States of America, are dismissed with prejudice as fully compromised and settled on the merits, each party to bear their own costs and expenses.

DATED this 27th day of February, 2018.

SAM E. HADDON
United States District Judge